**WO**  SVK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renato Robles-Ozuna, | No. CR 06-0550-PHX-SMM |
| Movant, | No. CV 06-2750-PHX-SMM (LOA) |
| vs. | **ORDER** |
| United States of America, | |
| Defendant. | |

Movant Renato Robles-Ozuna, confined in the Central Arizona Detention Center in Florence, Arizona, has filed a *pro se* Motion for Time Reduction by an Inmate in Federal Custody (28 U.S.C. § 2255) (Doc. #23 in CR 06-0550-PHX-SMM). His Motion is unsigned.

**I.  Motion not Signed**

Local Rule of Civil Procedure 3.5(a) requires that a motion to vacate sentence pursuant to 28 U.S.C. § 2255 must be signed by the movant. Because the Motion that Movant filed has not been signed, Movant will be permitted 30 days from the filing date of this Order to submit a completed and signed Certificate, using the Certificate form included with this Order, certifying that Movant's signature on the Certificate shall serve as an original signature on his Motion for the purposes of Rule 3.5(a) of the Local Rules of Civil Procedure and Rule 11 of the Federal Rules of Civil Procedure.

**JDDL**

**II. Warnings**

    **A. Address Changes**

Movant must file and serve a notice of a change of address 10 days before a move is effective, if practicable.  <u>See</u> LRCiv 83.3(d).  Movant must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal.

    **B. Copies**

Movant must submit an additional copy of every document that he files for use by the Court.  <u>See</u> LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Movant.

    **C. Possible Dismissal**

Movant is warned that failure to timely comply with every provision of this Order, including these warnings, may result in dismissal of this action without further notice.  <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Within 30 days of the date this Order is filed, Movant must file a completed and signed Certificate, using the Certificate form provided with this Order, certifying that Movant's signature on the Certificate shall serve as an original signature on his Motion for the purposes Rule 3.5(a) of the Local Rules of Civil Procedure and Rule 11 of the Federal Rules of Civil Procedure.

///
///
///
///
///
///
///
///

1       (2)    If Movant fails to file a completed and signed Certificate on the form provided 2 with this Order, within 30 days, the Clerk of Court must strike the Motion (Doc. #23 in CR 3 06-0550-PHX-SMM) and enter a judgment of dismissal, without prejudice and without 4 further notice, of the civil action (CV 06-2750-PHX-SMM (LOA)) opened in connection 5 with this Motion.

6       DATED this 8th day of December, 2006.

*[signature]*

Stephen M. McNamee
United States District Judge

JDDL

- 3 -

_____

_____

_____
(Your Name and Address)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Renato Robles-Ozuna | ) | No. CR 06-0550-PHX-SMM |
| Movant, | ) | No. CV 06-2750-PHX-SMM (LOA) |
| vs. | ) | **CERTIFICATE** |
| United States of America, | ) | |
| Defendant. | ) | |

I, Renato Robles-Ozuna, hereby certify:

I have read the *pro se* "Motion for Time Reduction by an Inmate in Federal Custody (28 U.S.C. § 2255)" (Doc. #23 in CR 06-0550-PHX-SMM) (Motion) filed by me on November 15, 2006, and to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;

(2) the claims, defenses, and other legal contentions therein are

   (3) the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and

   (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on a lack of information or belief.

  I further certify that my signature on this document shall serve as an original signature on the above referenced Motion for the purposes of Local Rule of Civil Procedure 3.5(a) and Rule 11 of the Federal Rules of Civil Procedure.

  EXECUTED on this_____day of_____, 2006.


             _____
                 (Signature of Plaintiff)
                 Renato Robles-Ozuna